UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SANTANA and DAVID VASQUEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE COUNTY OF YUBA, et al.,<br><br>  Defendants. | No. 2:15-cv-00794-KJM-EFB<br><br>ORDER |

On June 4, 2015, Yuba County, Patrick McGrath, Melanie Bendorf, John Vacek, Mary Barr, and Gene Stober filed a motion to dismiss and a special motion to strike. Mot. Dismiss, ECF No. 15. Their memorandum in support of that motion totals twenty-five pages. *See* Mem. P. & A., ECF No. 15-1. Unless a movant shows good cause, this court limits memoranda of points and authorities filed in support of or in opposition to motions to twenty pages. Standing Order 4, ECF No. 3-1.

/////

/////

/////

/////

/////

1

1     Defendants have not shown good cause for an exception.  The memorandum is
2 STRICKEN for failure to comply with the court's standing order.  Defendants may file a revised
3 memorandum of points and authorities no later than July 10, 2015.
4     IT IS SO ORDERED.
5 DATED: June 18, 2015.

                                UNITED STATES DISTRICT JUDGE