UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE I. SANTANA et al, | No. 2:15-cv-00794 KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| THE COUNTY OF YUBA, et al, | |
| Defendants. | |

By previous order, the court granted the defendants' motions to dismiss the complaint, in part with leave to amend. *See* Order Mar. 31, 2016, ECF No. 37. The court did not specify when an amended complaint was to be filed. An amended complaint shall be filed no later than April 22, 2016.

IT IS SO ORDERED.

DATED: April 5, 2016

_____
UNITED STATES DISTRICT JUDGE