UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE I. SANTANA and DAVID VASQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF YUBA, YUBA COUNTY DISTRICT ATTORNEY PATRICK MCGRATH, YUBA COUNTY DEPUTY DISTRICT ATTORNEY MELANIE BENDORF, FORMER YUBA COUNTY DEPUTY DISTRICT ATTORNEY JOHN VACEK, YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR MARY BARR, YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR GENE STOBER, TIMOTHY J. EVANS, and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:15-CV-00794 KJM EFB<br><br>FIRST AMENDMENT<br>TO THE SCHEDULING ORDER |

The parties jointly request (ECF No. 67) to amend dates in the pretrial scheduling order (ECF No. 66). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | July 31, 2017 | August 31, 2017 |
| Expert Disclosures | September 29, 2017 | October 31, 2017 |

1

| Supplemental/Rebuttal Expert Disclosures | October 27, 2017 | November 10, 2017 |

All other portions of the initial scheduling order remain in effect. (ECF No. 66)

IT IS SO ORDERED.

DATED: April 12, 2017

_____
UNITED STATES DISTRICT JUDGE