UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE I. SANTANA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE COUNTY OF YUBA, et al.,<br><br>    Defendants. | No. 2:15-cv-794-KJM-EFB<br><br>ORDER AFTER HEARING |

This case was before the court on May 17, 2017, for hearing on non-party former Governor Arnold Schwarzenegger's motion to quash a subpoena served on the California State Archives, or in the alternative for a protective order. *See* ECF No. 68. Attorney P. Patty Li appeared on behalf of non-party Schwarzenegger, attorney Jaime Leanos appeared on behalf of plaintiffs, and attorney Jeff Nordlander appeared on behalf of defendants County of Yuba, Patrick McGrath, Melanie Bendorf, John Vacek, Mary Barr, and Gene Stober.

For the reasons stated on the record, the motion to quash is denied, and the alternative request for a protective order is granted in part. The subpoena shall be limited to any documents submitted by Patrick McGrath, Melanie Bendorf, John Vacek, Mary Barr, Timothy Evans and Julia Scrogin, as suggested by plaintiffs in the parties' joint statement. *See* ECF No. 70 at 24. By no later than May 24, 2017, the parties shall submit a proposed stipulation for a protective order governing the production of such documents, as discussed on the record. Within 2 days of the

1

court's issuance of a protective order, the California State Archive shall produce all responsive documents, as limited herein.

So Ordered.

DATED: May 18, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE