UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VASQUEZ, et al., | No. 2:15-cv-0794 KJM EFB |
| Plaintiffs, | |
| v. | ORDER |
| JESSE I. SANTANA, et al., | |
| Defendants. | |

A mid-litigation status conference was held in this case on December 8, 2017. Jaime Leanos appeared for plaintiffs; Wendy Green appeared for defendant Timothy Evans and Carl Fessenden appeared for the remaining defendants.

Having reviewed the parties' Joint Status Report filed on December 1, 2017, and discussed the case with counsel at the hearing, the court extends the dispositve motion hearing deadline from March 9, 2018 to April 20, 2018 and vacates all remaining dates, to be reset as appropriate. The court refers this matter to the court's ADR Coordinator, Sujean Park, for the convening of a VDRP session to take place as soon as possible. A principal with full settlement authority for each party shall appear at the VDRP session.

IT IS SO ORDERED.

DATED: January 8, 2018.

UNITED STATES DISTRICT JUDGE