| | |
|---|---|
| JAIME A. LEANOS (#159471)<br>LAW OFFICE OF MORALES & LEANOS<br>75 East Santa Clara Street, Suite 250<br>San Jose, California 95113<br>Telephone: (408) 294-6800<br>Facsimile: (408) 294-7102<br>Email: jleanoslaw@pacbell.net<br>Attorney for Plaintiffs<br>Jesse I. Santana and David Vasquez | JASON J. SOMMER (State Bar No. 178316)<br>HANSEN, KOHLS, SOMMER &JACOB, LLP<br>1520 EUREKA ROAD, SUITE 100<br>ROSEVILLE, CALIFORNIA 95661<br>TELEPHONE: (916) 781-2550<br>EMAIL: jsommer@hansenkohls.com<br>Attorneys for Defendant TIMOTHY J. EVANS |

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Lauren E. Calnero, SBN 284655
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, THE COUNTY OF YUBA, YUBA COUNTY DISTRICT ATTORNEY PATRICK MCGRATH, YUBA COUNTY DEPUTY DISTRICT ATTORNEY MELANIE BENDORF, FORMER YUBA COUNTY DEPUTY DISTRICT ATTORNEY JOHN VACEK, YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR MARY BARR AND YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR GENE STOBER

*[Exempt from Filing Fees Pursuant to Government Code § 6103]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE I. SANTANA AND DAVID VASQUEZ,<br><br>Plaintiff,<br>v.<br><br>THE COUNTY OF YUBA, YUBA COUNTY DISTRICT ATTORNEY PATRICK MCGRATH, YUBA COUNTY DEPUTY DISTRICT ATTORNEY MELANIE BENDORF, FORMER YUBA COUNTY DEPUTY DISTRICT ATTORNEY JOHN VACEK, YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR MARY BARR, YUBA COUNTY DISTRICT ATTORNEY | CASE NO. 2:15-cv-00794-KJM-EFB<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND FOR LEAVE FOR PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint Filed: 04/13/2015<br>1st Amended Complaint filed: 04/22/2015<br>2nd Amended Complaint filed: 09/09/2016 |

1

{01787813.DOCX}

INVESTIGATOR GENE STOBER, THE CITY OF MARYSVILLE, MARYSVILLE POLICE DEPARTMENT, MARYSVILLE POLICE OFFICER RANDALL ELLIOT, YUBA COUNTY SUPERIOR COURT JUDGE JULIA SCROGIN, TIMOTHY J. EVANS, AND DOES 1 THROUGH 20, inclusive;

        Defendants.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JESSE I. SANTANA and DAVID VASQUEZ, and Defendants THE COUNTY OF YUBA, YUBA COUNTY DISTRICT ATTORNEY PATRICK MCGRATH, YUBA COUNTY DEPUTY DISTRICT ATTORNEY MELANIE BENDORF, FORMER YUBA COUNTY DEPUTY DISTRICT ATTORNEY JOHN VACEK, YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR MARY BARR, YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR GENE STOBER, and Defendant TIM EVANS (collectively, the "Parties"), by and through their undersigned Counsel, pursuant to Local Rules 143 and 144 as follows:

1. On January 9, 2018, following the Mid-Litigation Status Conference, the Court issued an order vacating all dates. At that time, the Court ordered the parties to participate in the Court's VDRP process, and further ordered no summary judgment motions be filed until that process was completed. The Court issued an Order extending the dispositive motion deadline from March 9, 2018 to April 20, 2018 in order to allow for the VDRP process to be completed. See Doc. No. 86.

2. On January 17, 2018, the District Court appointed James R. James R. Kirby II, of Nageley Kirby & Winberry LLP, as the VDRP Neutral Attorney. See Doc. No. 87. On January 30, 2018, a Notice of Withdrawal was filed terminating James Kirby as the VDRP Neutral due to a conflict of interest. Doc. No. 88. On February 16, 2018, the Court appointed Van Longyear, of Longyear O'Dea & Lavra, as the VDRP Neutral Attorney. Doc. No. 90. At this time, Mr. Longyear has not contacted the parties about setting up a VDRP conference.

2. The Parties respectfully request the District Court modify the deadline for dispositive motions to be filed, moving the deadline for such motions to be filed to June 29, 2018, in order to give the parties time to complete the VDRP process. No other deadlines would be changed.

{01787813.DOCX}

3. The reason for this request is three-fold. First, the Parties seek to move the dispositive motion deadline to allow the parties to complete the VDRP process that is currently underway with the recently appointed VRDP mediator, Van Longyear. Based on counsel's trial calendar in the coming months, the Parties require additional time to complete that process and meaningfully evaluate the potential for the case to resolve in advance of filing dispositive motions. The Parties will be coordinating to set the VDRP session with Mr. Longyear's office. As of the date of filing of this motion, a VDRP date has not yet been confirmed.

4. In addition, counsel for Plaintiffs and Defendants continue to meet and confer regarding the Yuba County Defendants' proposed grounds for a motion for summary judgment. As part of that continued meet and confer effort, Plaintiffs have requested that Defendants stipulate to the filing of a Third Amended Complaint to augment the factual allegations in support of their "stigma-plus" claim for relief against the Yuba County Defendants. A true and correct copy of the proposed Third Amended Complaint is attached hereto as **Exhibit A.** A true and correct copy of a "red-lined" version of the Third Amended Complaint, which details the exact allegations that Plaintiffs would like to add and the dismissal of the third claim is attached hereto as **Exhibit B.** For convenience of the court, the proposed amended language appears on page **19** at paragraph 69, line 11 ("…, *in connection with said unconstitutional investigation and prosecution"*; and at paragraph 70, line 21 (*and caused significant damage to their law practices*.).

5. It is further stipulated by the Parties that there is no need for additional responsive pleadings to be filed by the Defendants and the response(s) to paragraph 69 and 70 of the Third Amended Complaint as set forth in the respective answer of the party defendants shall apply to the additional allegations set forth above.

6. Continuance of the deadline for filing dispositive motions will serve the interests of justice and judicial resources as it will allow the parties to complete the VDRP process as well as fully complete their meet and confer efforts on all proposed dispositive motions, and allow Plaintiffs to file their proposed Third Amended Complaint.

///

///

7. Counsel has conferred about the timing issues that may affect the remainder of the case and have jointly agreed upon the above and now seek court approval.

Dated: March 8, 2018          LAW OFFICE OF MORALES & LEANOS


By:     /s/ Jaime A. Leanos
        JAIME A. LEANOS
        Attorneys for Plaintiffs


Dated: March 8, 2018          PORTER SCOTT
                              A PROFESSIONAL CORPORATION


By:     /s/ Lauren E. Calnero
        Carl L. Fessenden
        Lauren E. Calnero
        Attorneys for Defendants THE COUNTY OF YUBA, YUBA COUNTY DISTRICT ATTORNEY PATRICK MCGRATH, YUBA COUNTY DEPUTY DISTRICT ATTORNEY MELANIE BENDORF, FORMER YUBA COUNTY DEPUTY DISTRICT ATTORNEY JOHN VACEK, YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR MARY BARR, YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR GENE STOBER

Dated: March 8, 2018          HANSEN, KOHLS, SOMMER &JACOB, LLP


By:     /s/ Jason Sommer
        Jason Sommer
        Attorney for Defendant Timothy Evans

///

///

///

///

///

**<u>ORDER</u>**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Conference Order be modified as follows:

1. The deadline for filing dispositive motions will be moved from April 20, 2018 to June 29, 2018.

2. Plaintiffs may file their proposed Third Amended Complaint, attached hereto as Exhibit A.

3. The prior answers filed by Defendants will be deemed the responsive pleadings filed in response to the Third Amended Complaint.

IT IS SO ORDERED.

DATED: March 8, 2018.

_____
UNITED STATES DISTRICT JUDGE

{01787813.DOCX}