**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Lauren E. Calnero, SBN 284655
C.M. Brandon Gnekow, SBN 306669
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, THE COUNTY OF YUBA, YUBA COUNTY DISTRICT ATTORNEY PATRICK MCGRATH, YUBA COUNTY DEPUTY DISTRICT ATTORNEY MELANIE BENDORF, FORMER YUBA COUNTY DEPUTY DISTRICT ATTORNEY JOHN VACEK, YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR MARY BARR AND YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR GENE STOBER
*[Exempt from Filing Fees Pursuant to Government Code § 610]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE I. SANTANA AND DAVID VASQUEZ,<br><br>          Plaintiff,<br><br>v.<br><br>THE COUNTY OF YUBA, YUBA COUNTY DISTRICT ATTORNEY PATRICK MCGRATH, YUBA COUNTY DEPUTY DISTRICT ATTORNEY MELANIE BENDORF, FORMER YUBA COUNTY DEPUTY DISTRICT ATTORNEY JOHN VACEK, YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR MARY BARR, YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR GENE STOBER, THE CITY OF MARYSVILLE, MARYSVILLE POLICE DEPARTMENT, MARYSVILLE POLICE OFFICER RANDALL ELLIOT, YUBA COUNTY SUPERIOR COURT JUDGE JULIA SCROGIN, TIMOTHY J. EVANS, AND DOES 1 THROUGH 20, inclusive;<br><br>          Defendants.<br>_____/ | CASE NO. 2:15-cv-00794-KJM-EFB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND PAGE LIMIT FOR ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:  04/13/2015<br>1st Amended Complaint filed:  04/22/2015<br>2nd Amended Complaint filed:  09/09/2016<br>3rd Amended Complaint filed:  3/13/2018 |

1

{01834907.DOC}
**ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND PAGE LIMIT FOR ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

1. Defendants be allowed to up to thirty (30) pages for their Memorandum of Points and Authorities in Support of Motion for Summary Judgment

2. Any opposition to said motion may also be up to thirty (30) pages in length; and

3. Any reply shall not exceed fifteen (15) pages.

**IT IS SO ORDERED.**

DATED: June 11, 2018.

_____
UNITED STATES DISTRICT JUDGE