JASON J. SOMMER (State Bar No. 178316)
GREGORY G. GOMEZ (State Bar No. 242674)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 Eureka Road, Suite 100
Roseville, CA 95661
Telephone: (916) 781-2550
Facsimile: (916) 781-5339
EMAIL: jsommer@hansenkohls.com

Attorneys for Defendant TIMOTHY J. EVANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE I. SANTANA;<br>DAVID VASQUEZ;<br><br>    Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF YUBA;<br>YUBA COUNTY DISTRICT ATTORNEY PATRICK MCGRATH;<br>YUBA COUNTY DEPUTY DISTRICT ATTORNEY MELANIE BENDORF;<br>FORMER YUBA COUNTY DEPUTY DISTRICT ATTORNEY JOHN VACEK;<br>YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR MARY BARR;<br>YUBA COUNTY DISTRICT ATTORNEY INVESTIGATOR GENE STOBER;<br>THE CITY OF MARYSVILLE;<br>MARYSVILLE POLICE DEPARTMENT;<br>MARYSVILLE POLICE OFFICER RANDALL ELLIOTT;<br>YUBA COUNTY SUPERIOR COURT JUDGE JULIA SCROGIN;<br>TIMOTHY J. EVANS;<br>And DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | No. 2:15-cv-0794 KJM EFB<br><br>ORDER GRANTING<br>REQUEST TO SEAL DOCUMENTS |

///

///

///

Defendant TIMOTHY J. EVANS requests that the Court seal confidential records from the Joe Griesa criminal file, which are subject to the Court's July 11, 2017, Stipulated Protective Order.

GOOD CAUSE APPEARING, while the Court may revisit the question in the future with advance notice to the parties, the Court grants Defendant's request to seal records, and the documents contained in Exhibit F to Defendant Timothy J. Evans' Table of Evidence in Support of Motion for Summary Judgment are sealed.

IT IS SO ORDERED.

DATED:   July 24, 2018.

_____
UNITED STATES DISTRICT JUDGE